PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON, HI 5891
Acting Regional Chief Counsel, Region IX
Social Security Administration
ELLINOR R. CODER, CSBN 258258
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4814
    Facsimile: (415) 744-0134
    E-Mail: Ellinor.Coder@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DAMIEN THOMAS,<br><br>    Plaintiff,<br><br>vs.<br>KILOLO KIJAKAZI,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:21-cv-01574-CKD (SS)<br><br>STIPULATION FOR AN EXTENSION OF TIME; ORDER |

    With the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from June 21, 2022, up to and including July 21, 2022. This is the parties' first request for an extension. The Court requires good cause for modification of the briefing schedule (Dkt. 11 at 2). Defendant respectfully requests that the Court find good cause for the following reasons.

    Plaintiff filed his brief on May 5, 2022 (Dkt. 12). The undersigned counsel for the Commissioner was assigned this matter on May 6, 2022 following another attorney's initial review of this case for settlement at the answer stage (Dkt. 13). Upon receipt of this case

assignment, the undersigned reviewed Plaintiff's brief and the record to identify the salient legal issues and relevant record evidence, and calendared the deadline of June 21, 2022.

Thereafter, the undersigned prepared and filed eight cross-motions for summary judgment or responsive merits briefs in district court matters, prepared and filed a joint motion pursuant to Federal Rule of Civil Procedure 60(b) with concurrence of the U.S. Attorney's Office and plaintiff's counsel, negotiated and/or filed three stipulations for voluntary remand, prepared and filed one analysis of plaintiff's counsel's request for attorney fees pursuant to 42 U.S.C. § 406(b), assisted a plaintiff's counsel in submitting necessary documentation to the agency associated with another section 406(b) petition, assisted attorneys working in another regional office on their cases pending before this Court, and served on a task force advising the agency on fraud matters.  Finally, in the 45 days the Court's Scheduling Order permits for the Commissioner's response, the undersigned worked pursuant to military orders in her capacity as a Coast Guard Reserve officer for six business days including travel between San Francisco and Washington, D.C., in addition to four weekend days and miscellaneous evenings in order to meet assigned deadlines.

Though the undersigned believes she could meet the Commissioner's briefing deadline based on work performed to date and the remaining time in the Scheduling Order, the undersigned believes the better course of action is to request additional time to ensure the issues that Plaintiff briefed are given due attention.

With Court approval, the parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                                Respectfully submitted,

Dated:  June 15, 2022                        /s/  *Peter Brixie**  
                                                PETER BRIXIE  
                                                Attorney for Plaintiff  
                                                (*signature authorized via e-mail June 15, 2022)

Dated: June 15, 2022                       PHILLIP A. TALBERT  
                                                United States Attorney  
                                                PETER K. THOMPSON

Acting Regional Chief Counsel, Region IX
Social Security Administration

By:   /s/ *Ellinor R. Coder*
      ELLINOR R. CODER
      Special Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' Stipulation, and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension of 30 days, to July 21, 2022, to file the Commissioner's responsive brief.

Dated: June 17, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE